McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL ARUSHANOV, <br><br> Defendant. | CASE NO.  2:20-MJ-00047-AC <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |

Plaintiff United States of America, by and through its counsel of record, and defendant Daniel Arushanov, through his counsel of record, hereby stipulate as follows:

1. The Complaint in this case was filed on March 2, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 11, 2020, following his release from custody on state charges.

2. The Court set a preliminary hearing date of March 25, 2020.

3. By this stipulation, the parties jointly move for an exclusion of time and continuance of the preliminary hearing to April 15, 2020, before the duty Magistrate Judge.

4. The parties stipulate that the time between the filing of this stipulation and April 15, 2020 should be excluded from the calculation of time under the Speedy Trial Act and that there is good cause for a continuance of the preliminary examination pursuant to Fed. R Crim. Proc. 5.1(d).  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the

STIPULATION AND ORDER

1

defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the Government will soon disclose pre-indictment discovery and a proposed plea agreement to the Defense.  Defense counsel will require time to review discovery, conduct legal research, and consult with the defendant regarding case strategy and potential resolution.  Also, some additional time is appropriate for attorney-client consultation in this case because the defendant is detained.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy return of an indictment and speedy trial.  18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(b).

IT IS SO STIPULATED

Dated:  March 13, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated:  March 13, 2020

/s/ DAVID HARSHAW
DAVID HARSHAW
Counsel for Defendant
Daniel Arushanov

IT IS SO ORDERED.

Dated:  March 16, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE