MCGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ARUSHANOV,<br><br>Defendant. | CASE NO. 2:20-MJ-00047-AC<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: April 15, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Shea J. Kenny, and defendant Daniel Arushanov, both individually and by and through his counsel of record, Megan Hopkins, hereby stipulate as follows:

1. The Complaint in this case was filed on March 2, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 18, 2020 following his release from custody on state charges. The Court set a preliminary hearing date of March 25, 2020.

2. On March 16, 2020, the Court continued the preliminary hearing to April 15, 2020, and excluded time through that date. Dkt. 8.

3. On March 18, 2020, Megan Hopkins became attorney of record for the defendant.

4. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 15, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of

STIPULATION                                 1

the Federal Rules of Criminal Procedure.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, since the previous order continuing the status conference, the government has provided or made available to defense counsel pre-indictment discovery in the form of approximately 125 pages of documents including law enforcement investigation reports and documents related to the defendant's criminal history, as well as audio and video files.  The parties are engaged in negotiating a pre-indictment resolution, and the government intends to provide a proposed plea agreement to defense counsel shortly.  Defense counsel requires additional time to review discovery, conduct legal research, and consult with the defendant regarding case strategy and potential resolution.  Also, some additional time is appropriate for attorney-client consultation in this case because the defendant is detained.  The parties therefore stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case.

5.     The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy return of an indictment and speedy trial. 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(b).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between April 15, 2020, and May 15, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  March 19, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated:  March 19, 2020

/s/ MEGAN HOPKINS
MEGAN HOPKINS
Counsel for Defendant
Daniel Arushanov

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  March 19, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION

3